FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

'04 OCT 18  AM 10: 16

... OF FLORIDA
... FLORIDA

| | | |
|---|---|---|
| **CAROLYN MARSHALL** | § | |
| **Plaintiff,** | | |
| **VS.** | § | **CASE NO.:** 04CV1049-T30 |
| **UNIVERSITY COMMUNITY HOSPITAL** | § | |
| **Defendant.** | § | |

_____/

## MOTION TO EXTEND
## 120-DAY SERVICE OF PROCESS

COMES NOW, the Plaintiff, CAROLYN MARSHALL, pursuant to the Federal Rules of

Civil Procedure and states:

1. That the Plaintiff is attempting to negotiate directly with the Defendants in the above-

   referenced cause of action, and anticipates reaching a settlement agreement in lieu of

   civil litigation.

2. That the Plaintiff seeks an additional 120-days to service process on the Defendants,

   from the previous deadline of September 7, 2004, or until January 7, 2005.

   WHEREFORE, the Plaintiff respectfully ask that this Honorable Court to extend the

service of process deadline until January 7, 2004.

Respectfully Submitted:

_____
Roderick O. Ford, Esq.

FBN: 0072620
FORD & ASSOCIATES, LLC
220 East Madison Street
Suite 1200
Tampa, Florida 33612
(813) 223-1200
(813) 223-4226 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by First Class U.S. Mail, postage prepaid, to: Carolyn Marshall, 10907 N. 29th Street, Tampa, Florida 33612; University Community Hospital, 3100 E. Fletcher Avenue, Tampa, Florida 33612.

Roderick O. Ford, Esquire